**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LEANNA DAWN WILLIAMS,

Defendant.

CR 26-09-BLG-KSL-1

ORDER

Defendant Leanna Dawn Williams moved the Court to change her plea to a plea of guilty to Count I of the Indictment with the benefit of a plea agreement. (Doc. 90). The government filed the proposed Plea Agreement outlining the terms of the plea, including an agreement that Williams will plead guilty to Count 1 and the government will recommend dismissal of Count 2. (Doc. 92 at ¶¶2-4). The government's Offer of Proof, however, states that Williams will plead guilty to Count 2 and outlines the necessary elements of proof with respect to Count 2. (Doc. 94 at 2). Given this material discrepancy, the Court seeks clarification and directs the government to amend its Offer of Proof.

Accordingly,

**IT IS HEREBY ORDERED**:

1. By **September 23, 2026, at 10:00 a.m.**, the government must file an amended Offer of Proof that conforms to the terms of the Plea Agreement, particularly as it relates to the count to which Williams petitions to change her plea. (Doc. 92 at ¶¶2-4).

DATED this 22nd day of September, 2026.

KATHLEEN S. LANE
UNITED STATES DISTRICT JUDGE